UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hans George Alexander

Write the full name of each plaintiff.

**18CV8212**

(Include case number if one has been assigned)

-against-

Western Union

**COMPLAINT**

Do you want a jury trial?
☒ Yes  ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- ☒ Federal Question
- ☒ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

__Constitutional Malice__

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Hans George Alexander__ is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __WesTern Onion__, is a citizen of the State of
(Defendant's name)

__Colorado__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __Western Onion__, is incorporated under the laws of

the State of __Colorado__

and has its principal place of business in the State of __Colorado__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Hans__    __G__    __Alexander__
First Name   Middle Initial   Last Name

__712 Union Ave__
Street Address

__Bronx__        __N.Y.__        __10455__
County, City     State           Zip Code

__(646) 721-3643__        __hansalexander116@gmail.com__
Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

WESTERN UNION
First Name        Last Name

Current Job Title (or other identifying information)

12500 E Belford Ave
Current Work Address (or other address where defendant may be served)

Englewood        CO        80112
County, City        State        Zip Code

Defendant 2:

_____
First Name        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

Defendant 3:

_____
First Name        Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

Defendant 4: _____
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **Bronx, New York**

Date(s) of occurrence: **November 21, 2017**

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

One of my friends, Shawn Marie McNeal sent me 30.00 dollars, Western Union would not let me get the money, then told Ms McNeal that it was something about me that would not allow me to pick up the money. I have enclosed her affidavit of truth.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Defamation of character, constitutional malice, impairement of reputation, personal humiliation and mental anguish

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Fifty million ($50,000.000) dollars

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 9-7-2018

Plaintiff's Signature: Hans G. Alexander

First Name: Hans
Middle Initial: G
Last Name: Alexander

Street Address: 712 Union Ave

County, City: Bronx
State: N.Y.
Zip Code: 10455

Telephone Number: (646) 721-3643
Email Address: hansalexander

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Name (Last, First, MI)

Address        City        State        Zip Code

Telephone Number        E-mail Address

Date        Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

# PICK UP MONEY



## WESTERN UNION

### MY WU® PROGRAM
**ENROLL FOR FREE TODAY**
AND STARTING ON YOUR NEXT QUALIFYING TRANSACTION, SKIP THE FORM & EARN GREAT REWARDS!
www.wurewards.com

1-800-325-6000   WESTERNUNION.COM

1. BRING VALID IDENTIFICATION
2. COMPLETE ENTIRE FORM
3. TAKE TO COUNTER

**START HERE → YOUR INFORMATION** (Information in this section, MUST match your ID EXACTLY)

- First Name(s): HANS
- Middle Name(s):
- Last Name(s): Alexander
- Email: hans   ☐ Join My WU
- Address: 712 UNION AVE
- City: Bronx   State: NY   Zip: 10455
- Phone #:
- Mobile #: (397) 303-128[?]

Joining the My WU program requires e-mail or mobile number. By joining and providing your mobile # in the Mobile # field, you agree to receive a text with My WU program materials.[1]
Further, by completing the Phone# or Mobile # field, you authorize us to send you automated text messages for transaction-related alerts and inquiries.[2]

**SENDER'S INFO**

- TRACKING NUMBER (MTCN): 9 8 3 9 8 0 3 9 7 0
- TEST ANSWER: _____ (IF APPLICABLE – VARIES BY COUNTRY)
- SENDER First Name(s): Shawn   Last Name(s): McNeal
- AMOUNT — Amount Expected (Dollars)[3]: 30
- TRANSACTION ORIGINATING COUNTRY/STATE: USA/AZ

**SIGN HERE** — Your Signature: [signature]

[1] Joining the My WU program requires e-mail or mobile number. By joining and providing your mobile # in the Mobile # field, you authorize us to send an automated text message to your mobile number with program materials and req[...] consent to send future promotional texts. Consent not required for purchase and may be revoked at any time. Msg & Data Rates Apply. Reply STOP to stop, HELP for help.
[2] By providing your mobile number in the Phone# or Mobile# field, you further authorize us to send you automated service-related text messages relating to your current and future transactions, including notifications when funds are rece[...] or when funds have not been picked up, and service restrictions. Msg & Data Rates Apply. Reply STOP to stop, HELP for help.
[3] If you receive funds in the form of a check, you may incur additional fees to access those funds, including, but not limited to, check cashing fees. If you would prefer to receive your funds in cash, please call 1-800-325-6000 and ask for agent locations in your area that payout in cash. Western Union and its Agents may decline to accept or pay any money transfer that either of them determines in their sole discretion violates any applicable law or Western Union Polic[...]

**WESTERN UNION PRIVACY POLICIES:** Western Union may disclose Your personal information to third parties as explained in the Western Union Privacy Statement (WU); to obtain a copy, ask Your Agent, visit www.westernunion.com (WU), or call 1-800-562-2598 (WU). Information disclosed may include Your financial background, Your contact information, Your identification, information about Your transactions with us and other information relating to financial matters. Recipients may include financial institutions, retailers, our service providers, government agencies and direct marketers. You may direct us to limit certain disclosures of Your informatio[...] to some of these parties. Your choice to limit certain disclosures will apply until You tell us to change Your choice or we delete Your data from our systems. To limit disclosures of Your information (opt out), call 1-800-562-2598 (W[...]

VER EL REVERSO PARA ESPAÑOL >   7808 DFMTORECB 12[...]

# AFFIDAVIT OF TRUTH

STATE OF Arizona

COUNTY OF Maricopa

PERSONALLY came and appeared before me, the undersigned Notary, the within named Shawn McNeal, who is a resident of Maricopa County, State of Arizona, and makes this her statement and affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of her knowledge:

On November 21, 2017. I sent Hans Alexander $30.00 for cash pick up to any Western Union location in Bronx, N.Y. and they would not Release those funds. When I called Western Union they did not have an explanation. They said we are Refunding these funds back to you and there is something about him that we can't not complete this transaction.

DATED this the 17 day of May, 20 18

_Shawn McNeal_
Signature of Affiant

SWORN to subscribe before me, this 17th day May, 20 18

JOSEPHINE AGUIRRE
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
August 8, 2020

_Joseph Aguirre_
NOTARY PUBLIC